# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 5, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149166(68)

ELIZABETH WILLIAMSON,
      Plaintiff-Appellee,

v

G & K MANAGEMENT SERVICES, INC., d/b/a
OMNI CONTINUING CARE, and CIENA
HEALTH CARE MANAGEMENT, INC.,
      Defendants-Appellants.
_____/

SC: 149166
COA: 308200
Wayne CC:  09-023611-CD

On order of the Chief Justice, the motion of defendants-appellants for this Court to accept their late reply to plaintiff-appellee's answer is GRANTED.  The reply submitted on July 22, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 5, 2014

